**Order entered February 24, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00517-CV

**MALCOLM JOHNSON, Appellant**

**V.**

**VERONICA POWELL-JOHNSON, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12398**

## ORDER

Before the Court is appellee's opposed motion for leave to late file her brief.

We **GRANT** the motion and **ORDER** the brief received February 22, 2021 filed as

of the date of this order.

/s/     KEN MOLBERG
         JUSTICE